Government ✔
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

United States
VS.
Joseph Kerry Hicks

Civil/Criminal No. 23-cr-399(JMC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 000 - SERIES OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS | | | | | |
| 001 | Capitol Building - 3D Map | | | | |
| 002 | Capitol Building – Diagram | | | | |
| 003 | Capitol Building - West Front Time Lapse Video | | | | |
| 004 | Capitol Building & Grounds - 1946 Survey Map | | | | |
| 005 | Capitol Building & Grounds - Aerial View | | | | |
| 006 | Capitol Building & Grounds - Restricted Perimeter Map (Red) | | 6/3/24 | USCP Carneysha Mendoza | |
| 007 | Certification of Congressional Videos | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 008 | US House & Senate Video Montage | | | | |
| 009 | USCP CCV Montage with Radio Runs | | 6/3/24 | USCP Carneysha Mendoza | |
| 010 | USCapitol_Exterior_East Side_01 | | 6/3/24 | USCP Carneysha Mendoza | |
| 011 | USCapitol_Exterior_East Side_02 | | | | |
| 012 | USCapitol_Exterior_East Side_03 | | | | |
| 013 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | 6/3/24 | Douglas Rambaud | |
| 014 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | 6/3/24 | Douglas Rambaud | |
| 015 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | | 6/3/24 | Douglas Rambaud | |
| 016 | Safeway, Inc. Certificate of Authenticity | | 6/3/24 | Douglas Rambaud | |
| 017 | DC Mayor Curfew Order | | 6/3/24 | Douglas Rambaud | |
| 018 | Tweet from Mayor Bowser | | | | |
| 019 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | | | | |
| 020 | 2National Curfew Text Message (14:28:18 p.m. EST) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 021 | National Curfew Text Message (19:36:02 p.m. EST) | | | | |
| 022 | FEMA/DC DHS Certificate of Authenticity | | | | |
| 023 | Cap Second Floor Map | | 6/3/24 | USCP Carneysha Mendoza | |
| 024 | Area closed signs | | | | |
| 025 | Area closed signs (Zoomed Out) | | | | |
| 026 | Area closed signs (Zoomed In) | | 6/3/24 | USCP Carneysha Mendoza | |
| 027 | Trump Rally Speech | | 6/3/24 | Douglas Kambaud | |
| 028 | Capitol Building & Grounds - 1946 Survey Map (Additional Information) | | | | |
| **100 SERIES - USCP CAMERAS** | | | | | |
| 100 | USCS 02 Rotunda Door Interior-2021-01-06_14h35min00s000ms | | 6/3/24 | | |
| 101 | USCH 02 Rotunda Door Interior-2021-01-06_14h41min00s000ms | | 6/3/24 | | |
| 102 | USCD 02 Rotunda South-2021-01-06_14h41min00s000ms | | 6/3/24 | | |
| 103 | USCD 02 Rotunda North-2021-01-06_14h41min00s000ms | | 6/3/24 | | |

| | | | | | |
|---|---|---|---|---|---|
| 104 | USCH 02 Statuary Hall-2021-01-06_14h46min00s000ms | | 6/3/24 | | |
| 105 | USCH 02 Statuary Hall East-2021-01-06_14h46min00s000ms | | 6/3/24 | Douglas Rambaud | |
| 106 | USCH 02 Rotunda Door Interior-2021-01-06_14h53min00s000ms | | 6/3/24 | | |
| 107 | USCS 02 Rotunda Door Interior-2021-01-06_14h54min00s000ms | | 6/3/24 | | |
| 108 | USCS 02 Rotunda Door Interior-2021-01-06_15h26min00s000ms | | 6/3/24 | USCP Carneysha Mendoza MPD Eddie Choi | |
| 108A | USCS 02 Rotunda Door Interior-2021-01-06_15h26min00s000ms_edited v2 | | 6/3/24 | MPD Eddie Choi Douglas Rambaud | |
| 109 | CCV Combine | | 6/3/24 | USCP Carneysha Mendoza Douglas Rambaud | |
| **200 SERIES - BWC** | | | | | |
| 200 | E- Choi – (2.1 Clip) | | 6/3/24 | MPD Eddie Choi | |
| 200A | E-Choi – (2.1 Clip)_CIRCLE | | 6/3/24 | MPD Eddie Choi | |
| **300 SERIES – OPEN SOURCE VIDEO** | | | | | |
| 300 | 99fLeCTZdpwbTCMZM | | | | |
| 301 | 135791632_202220461635102_2305837775220348242_n | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 302 | 1610257197.06-ea787af7f34f1f28db142246dbc6918a9575249b-file-2_2of3 | | 6/3/24 | MPD Eddie Choi | |
| 302A | 1610257197.06-ea787af7f34f1f28db142246dbc6918a9575249b-file-2_2of3_circle | | 6/3/24 | Douglas Rambaud | |
| 303 | Bangumi French News Media Videoo | | 6/3/24 | Douglas Rambaud | |
| 304 | Capital Hill Occupy -ovfr18 | | | | |
| 305 | IMG_1399_FaceUncovered | | | | |
| 306 | IMG_5483 | | | | |
| 307 | jTNZnzDfG8Hk4uJJ3 | | | | |
| 307A | jTNZnzDfG8Hk4uJJ3_CIRCLE | | | | |
| 308 | Never-before-seen January 6 footage from our photographer | | 6/3/24 | Douglas Rambaud | |
| 309 | NEW Complete footage from January 6 recorded by Paul Mulhol | | 6/3/24 | MPD Eddie Choi | |
| 309A | NEW Complete footage from January 6 recorded by Paul Mulhol_circle | | 6/3/24 | Douglas Rambaud | |
| 310 | qnIyxwl5ILAG | | 6/3/24 | Douglas Rambaud | |
| 311 | REEL_ The Capitol Siege - January 6th - RAW FOOTAGE | | | | |

| # | Description | | Date | Witness | |
|---|---|---|---|---|---|
| 312 | Stephen_Ignoramus_YouTube | | | | |
| 313 | uFBg1ndmApY3 | | | | |
| 314 | Hemphill Gov Ex 6 | | | | |
| 315 | Three Panel Video Montage (108, 302, and 309) | | 6/3/24 | MPD Eddie Choi / Douglas Rambaud | |
| 316 | Two Panel Video Montage (108, 302, and 309) | | 6/3/24 | Douglas Rambaud | |
| **400 SERIES – PHOTOS** | | | | | |
| 400 | Hicks photo by monument | | 6/3/24 | Douglas Rambaud | |
| 401 | Flores photo | | | | |
| 402 | Rotunda photo | | | | |
| 403 | Near Exit photo | | | | |
| **500 SERIES - DEFENDANT STATEMENTS** | | | | | |
| 500 | Recording of June 14, 2021 Interview (210520_0026.WAV) | | 6/3/24 | Douglas Rambaud | |
| 501 | Recording of August 27, 2023 Interview (230827_0035.WAV) | | 6/3/24 | Douglas Rambaud | |

| # | Description | | Date | Witness | |
|---|---|---|---|---|---|
| 312 | Stephen_Ignoramus_YouTube | | | | |
| 313 | uFBg1ndmApY3 | | | | |
| 314 | Hemphill Gov Ex 6 | | | | |
| 315 | Three Panel Video Montage (108, 302, and 309) | | 6/3/24 | MPD Eddie Choi / Douglas Rambaud | |
| 316 | Two Panel Video Montage (108, 302, and 309) | | 6/3/24 | Douglas Rambaud | |

**400 SERIES – PHOTOS**

| # | Description | | Date | Witness | |
|---|---|---|---|---|---|
| 400 | Hicks photo by monument | | 6/3/24 | Douglas Rambaud | |
| 401 | Flores photo | | | | |
| 402 | Rotunda photo | | | | |
| 403 | Near Exit photo | | | | |

**500 SERIES - DEFENDANT STATEMENTS**

| # | Description | | Date | Witness | |
|---|---|---|---|---|---|
| 500 | Recording of June 14, 2021 Interview (210520_0026.WAV) | | 6/3/24 | Douglas Rambaud | |
| 501 | Recording of August 27, 2023 Interview (230827_0035.WAV) | | 6/3/24 | Douglas Rambaud | |

6

## 600 SERIES – USSS

| | | | | | |
|---|---|---|---|---|---|
| 600 | Head of State Notification (Glavey) | | 6/3/24 | | |
| 601 | Head of State Worksheet | | 6/3/24 | | |
| 602 | USCP CCV East Front Plaza | | | | |
| 603 | USCP CCV Senate Members Stair | | 6/3/24 | | |
| 604 | USSS Glavey Radio Call 1 | | 6/3/24 | | |
| 605 | USSS Glavey Radio Call 2 | | 6/3/24 | | |
| 606 | USSS Glavey Radio Call 3 | | 6/3/24 | | |

## 700 SERIES – SEARCH WARRANT RETURNS

| | | | | | |
|---|---|---|---|---|---|
| 700.1 | Google Certificate of Authenticity (Dec. 28, 2022) | | 6/3/24 | Douglas Rambaud | |
| 700.2 | Google Subscriber Information | | 6/3/24 | Douglas Rambaud | |
| 701.1 | Google Certificate of Authenticity (Jan 6, 2023) | | 6/3/24 | Douglas Rambaud | |
| 701.2 | Excerpt from Search History | | 6/3/24 | Douglas Rambaud | |

7

| | | | | | |
|---|---|---|---|---|---|
| 701.3 | Excerpt from YouTube History | | | 6/3/24 Douglas Rambaud | |
| **800 SERIES – LEGAL AUTHORITY** | | | | | |
| 800 | 3 U.S.C. § 15 | | | | |
| 801 | 3 U.S.C. § 16 | | | | |
| 802 | 3 U.S.C. § 17 | | | | |
| 803 | 3 U.S.C. § 18 | | | | |
| 804 | Concurrent Resolution | | | | |
| 805 | Congressional Records - US House 117th Session (excerpt) | | | | |
| 806 | Congressional Records - US Senate 117th Session (excerpt) | | | | |
| 807 | US Constitution, Amendment XII | | | | |
| **900 SERIES - RESERVED** | | | | | |
| ✓ 900 | Parties' executed stipulations | | 6/3/24 | | |